IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12-CV-00128-RLV
(5:00-CR-00046-RLV-2)

| | |
|---|---|
| BRYON KEITH LATTIMORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on its own motion.

On December 3, 2013, the Court entered an Order granting Petitioner's motion to vacate his mandatory life sentence following a remand from the Fourth Circuit Court of Appeals. That Order was stayed pending a resentencing of Petitioner which is scheduled for February 3, 2014. The Court finds that in the interest of judicial economy, this stay should be lifted and this civil case closed. All remaining provisions of the Court's December 3rd Order shall remain in effect pending further orders of the Court. (Doc. No. 22).

**IT IS, THEREFORE, ORDERED** that the Order staying resolution of Petitioner's Section 2255 motion is amended.

**IT IS FURTHER ORDERED** that judgment be entered and that this civil case be closed.

Signed: December 5, 2013

Richard L. Voorhees
United States District Judge