# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BRYON KEITH LATTIMORE, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:12-cv-00128-RLV |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2013 Order.

December 5, 2013

*[signature]*

Frank G. Johns, Clerk
United States District Court